# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv94

| | |
|---|---|
| DAVID HICKS, ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| TRANSIT MANAGEMENT OF ASHEVILLE, INC., a wholly owned subsidiary of FIRST TRANSIT, INC., ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendants' Renewed Motion to Dismiss [Doc. 5] and the Magistrate Judge's Memorandum and Recommendation [Doc. 28] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motion and to submit recommendations for its disposition.

On January 20, 2012, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 28] in this case containing proposed conclusions of

law in support of a recommendation that the Defendant's motion be granted. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation [Doc. 28], the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's Renewed Motion to Dismiss be granted and the Plaintiff's Complaint be dismissed.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 28] is **ACCEPTED**; the Defendant's Renewed Motion to Dismiss [Doc. 5] is **GRANTED**; and the Plaintiff's Complaint is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: February 14, 2012

Martin Reidinger
United States District Judge