# United States District Court
# For The Western District of North Carolina
# Asheville Division

| | |
|---|---|
| DAVID HICKS, | |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | 1:11cv94 |
| TRANSIT MANAGEMENT OF ASHEVILLE, INC., a wholly owned subsidiary of FIRST TRANSIT, INC., | |
| Defendant. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/14/2012 Order.

Signed: February 14, 2012

Frank G. Johns, Clerk
United States District Court